Submitted December 11, 2008, reversed and remanded January 7, 2009

Ira WEINTRAUB,
an individual,
*Plaintiff-Appellant,*

*v.*

PACIFIC WEST ROOFING;
George H. Johnson, Inc.,
an inactive Oregon corporation;
Ron Zimmerman,
dba Acer Inspection Services;
and Ricardo Lovett General Contracting, Inc.,
an Oregon corporation,
*Defendants,*

*and*

PRECISION EXTERIORS, INC.,
a Washington corporation;
Haltiner Sheet Metal, Inc.,
an Oregon corporation;
and Pacific West Construction, Inc.,
an Oregon corporation,
dba Pacific West Roofing,
*Defendants-Respondents.*

PRECISION EXTERIORS, INC.,
a Washington corporation,
*Third-Party-Plaintiff,*

*v.*

HF CONSTRUCTION
and Byron Farris,
dba Farris Construction,
*Third-Party-Defendants.*

Multnomah County Circuit Court
040606531; A129985

200 P3d 613

Gary I. Grenley, James F. Marron, and Grenley, Rotenberg, Evans, Bragg & Bodie, P.C., filed the opening brief for appellant. Peter J. Viteznik and Kilmer, Voorhees & Laurick, PC, filed the reply brief.

Michael T. Stone and Brisbee & Stockton, LLC, and Stephen E. Archer and Smith Freed & Eberhard, PC, and Marc Carlton and Williams Kastner & Gibbs PLLC, filed the joint brief for respondents.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Rosenblum, Judge.

PER CURIAM

**PER CURIAM**

Plaintiff appeals, challenging the allowance of summary judgment for defendants in a construction defect case. Defendants acknowledge that, in light of *Harris v. Suniga*, 344 Or 301, 180 P3d 12 (2008), the allowance of summary judgment was erroneous. We accept that concession as well founded.

Reversed and remanded.